UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,

Plaintiffs,

-against-

EXPO ADVANTAGE USA, INC.,

Defendant.

22 CV 7693 (PKC)

**DEFAULT JUDGMENT**

WHEREAS, the Complaint in this action, having been duly served on the above-named Defendant EXPO ADVANTAGE USA, INC., and said Defendant having failed to appear in this matter, and said default having been duly noted, and upon the annexed Declaration of Maura Moosnick, Esq. with corresponding exhibits, the Statement of Damages, and all pleadings and papers heretofore had herein;

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiff, it is hereby:

ORDERED, ADJUDICATED, and DECREED that Plaintiffs, have judgment against EXPO ADVANTAGE USA, INC., with its principal place of business at 130 West Oak Street, Amityville, New York 11701 as follows:

1. $182,006.18, representing withdrawal liability in the principal amount of $145,054, prejudgment interest in the amount of $7,941.38 through January 3, 2023, liquidated damages in the amount of $29,010.80;
2. Attorneys' fees, costs, and expenses incurred in the instant action in the amount of $11,310.31,
3. Interest on the principal withdrawal liability of $145,054 from January 3, 2023 through the date of payment at the aggregate rate of $23.53 *per diem*; and
4. Post-judgment interest on the balance of the judgment amount at the statutory rate.

Hon. P. Kevin Castel, U.S.D.J.      3/2/2023

This document was entered on the docket on

_____.